**AMERICAN NEEDLE, INC.,**
**Plaintiff-Appellant**

v.

**ZAZZLE INC., Cafepress Inc.,**
**Defendants-Appellees**

**2016-1550**
**2016-1556**

United States Court of Appeals,
Federal Circuit.

November 10, 2016

MATTHEW MICHAEL WAWRZYN, Wawrzyn & Jarvis LLC, Chicago, IL, argued for plaintiff-appellant.

MEGAN S. WOODWORTH, Venable LLP, Washington, DC, argued for defendants-appellees. Defendant-appellee Zazzle Inc. also represented by ANDREW F. PRATT.

JOSHUA LEE RASKIN, Greenberg Traurig LLP, New York, NY, for defendant-appellee CafePress Inc. Also represented by IAN CHARLES BALLON, East Palo Alto, CA.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Reyna and Wallach, Circuit Judges ).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**